UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA


FILED
CHARLOTTE, NC
AUG 1 6 2007
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

IN RE: ) MISC. NO. 3:07mj167
)
)
SEARCH WARRANT ) ORDER SEALING SEARCH WARRANT
) AFFIDAVIT AND APPLICATION

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Search Warrant Affidavit and Application, and the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Search Warrant Affidavit and Application, the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 16th day of August, 2007.

Carl Horn, III
UNITED STATES MAGISTRATE JUDGE