UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | MISC NO. 3:07MJ167 |
| | ) | |
| SEARCH WARRANT | ) | **ORDER TO UNSEAL** |
| | ) | **SEARCH WARRANT** |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the search warrant, affidavit and application for search warrant in this cause be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the above-captioned case be unsealed.

This the 3rd day of April, 2008.

DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE

cc  Keith M. Cave
    Assistant United States Attorney